CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 0 5 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMES D. LUEDTKE,<br>Plaintiff, | )<br>)<br>) Civil Action No. 7:06CV00714<br>) |
| v. | ) **FINAL ORDER**<br>) |
| TERRY O'BRIEN, et al.,<br>Defendants. | ) By: Hon. Glen E. Conrad<br>) United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

### ORDERED

as follows:

1. The order granting the plaintiff's request to proceed in forma pauperis (docket #8) shall be and hereby is **VACATED**;

2. The plaintiff's motion for reconsideration shall be and hereby is **DENIED** (docket #11); and

2. This action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915(g), and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 4th day of January, 2007.

_____
United States District Judge